M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE ~~██████~~ DISTRICT OF ALABAMA
NORThern

FILED
2016 SEP 14 P 12: 19
U.S. DISTRICT COURT
N.D. OF ALABAMA

CEDRIC MAURICE Babbs
Full name and prison name of
Plaintiff(s) AIS #184957

v.

WARDEN Thomas

_____
_____
_____

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO._____
(To be supplied by Clerk of U.S. District
Court)

CV-16-HS-1524-W

I.  PREVIOUS LAWSUITS

A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐  NO ☑

C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

  1.  Parties to this previous lawsuit:

      Plaintiff (s) _____ N/A _____

      Defendant(s) _____

  2.  Court (if federal court, name the district; if state court, name the county)

      _____ N/A _____

3. Docket number __N/A__

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) __N/A__

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT __ADOC - Bibb Correctional__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __Bibb Correctional__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                    ADDRESS
1. __Warden Thomas, 565 Bibb Lane, Brent, Al. 35034__
2. _____
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __On or about March, 2014__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __14th Amendment violation pursuant to the "Equal Protection Clause."__

I work on the grounds crew inside the camp at Bibb Correctional, there are about (7) crew members on this detail. I cut grass, trim bushes, get up leaves and keep dead leaves, flowers, etc off the lawn. A lot of the ADOC inmates who work at different

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Job assignments get paid for their work. The DOC Road Squad, the inmates who work in the Commissary, Snack-line inmates, outside Property Squad, all earn income. I feel like I and the other inmates on the grounds crew should also be paid. We provide physical labor that the ADOC would have to pay ~~GROUND TWO:~~ for if we didn't do it for them. We provide a service that would cost the ADOC money to hire others to do the work we do. I am asking that I get paid like others do.

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want the Court to either order the ADOC to pay me for the work I perform, or order an injunction against the ADOC, to stop treating me like a slave labor inmate. The ADOC should pay me like they are paying other inmates for what they do.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9/5/2016 .
              (Date)

_____
Signature of plaintiff(s)